UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GALEN ALSOP, et al.,

    Plaintiffs,

v.        CASE NO. 8:20-cv-1052-T-23SPF

RONALD DESANTIS,
    in his capacity as
    Governor of Florida,

    Defendant.
_____/

## **ORDER**

Twenty-one owners of vacation rentals move (Doc. 9) to intervene as plaintiffs, and the plaintiffs move (Doc. 23) to amend the complaint to, among other things, include the prospective intervenors as plaintiffs. Governor DeSantis opposes neither motion. (Doc. 22 at 1, Doc. 23 at ¶ 12)

Endeavoring to simplify the procedural posture, on May 29, 2020 at 2:00 p.m., I convened an unreported teleconference, attended by counsel for the plaintiffs, counsel for the prospective intervenors, and counsel for Governor DeSantis, to determine whether any party objected to an order that (1) grants the motion to amend, (2) denies the motion to intervene as moot, and (3) denies the motions for preliminary injunction as moot. No counsel objected to this proposal.

Accordingly, the motion (Doc. 23) to amend the complaint is **GRANTED**, and the motion (Doc. 9) to intervene and the motions (Docs. 11, 16) for preliminary injunction are **DENIED AS MOOT**. No later than **JUNE 5, 2020**, the plaintiffs must file the proposed amended complaint (Doc. 23-1) appended to the motion to amend.* Under Rule 15(a)(3), Federal Rules of Civil Procedure, Governor DeSantis must respond to the amended complaint within fourteen days after amendment.

Also, AMI Locals and other interested parties move for leave to file an *amicus curiae* brief in support of the plaintiffs' motion for a temporary restraining order. Because an order (Doc. 7) denied the motion for a temporary restraining order, the motion (Doc. 8) to file an *amicus curiae* brief is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on June 1, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

* In the amended complaint, the plaintiffs must correctly spell the name of the first plaintiff, whose name appears in filings sometimes as "Galen Alsop" and other times as "Gallen Alsop."